# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Oregon Iron Works, Inc. | ) | ASBCA Nos. 58356, 58399, 58400 |
| | ) | 58401, 58402, 58403 |
| | ) | 58404, 58405, 58406 |
| | ) | 58407, 58408, 58409 |
| | ) | 58410, 58411, 58412 |
| | ) | 58413, 58414, 58415 |
| | ) | |
| Under Contract No. N4523A-05-C-0001 | ) | |

APPEARANCE FOR THE APPELLANT:　　　Mark G. Jackson, Esq.
　　　　　　　　　　　　　　　　　　　Jackson Rosenfield LLP
　　　　　　　　　　　　　　　　　　　Seattle, WA

APPEARANCES FOR THE GOVERNMENT:　　Ronald J. Borro, Esq.
　　　　　　　　　　　　　　　　　　　Navy Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　Russell A. Shultis, Esq.
　　　　　　　　　　　　　　　　　　　Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE YOUNGER

The parties have filed a joint motion to sustain these appeals based upon their settlement agreement, as well as a copy of their release and settlement of claims. Under the terms of the agreement, the government will pay Oregon Iron Works, Inc. $1,125,000, relating to the contract that is the subject of the appeals. In return, Oregon Iron Works, Inc. agrees to release the claims asserted in these appeals, as well as all further claims, and to join with the government in seeking dismissal with prejudice of the appeals.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,125,000. This is inclusive of interest. No further interest shall be paid.

Dated: 12 February 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALEXANDER YOUNGER
　　　　　　　　　　　　　　　　　　　Administrative Judge
　　　　　　　　　　　　　　　　　　　Armed Services Board
　　　　　　　　　　　　　　　　　　　of Contract Appeals

(Signatures continued)

I concur                     I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 58356, 58399, 58400, 58401, 58402, 58403, 58404, 58405, 58406, 58407, 58408, 58409, 58410, 58411, 58412, 58413, 58414, 58415, Appeals of Oregon Iron Works, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2